HANLEY (JAMES J.), Respondent, vs. THE MILWAUKEE ELECTRIC RAILWAY & LIGHT COMPANY, Appellant.

*November 6, 1935—February 4, 1936.*

For the appellant there were briefs by *Shaw, Muskat & Paulsen* of Milwaukee, and oral argument by *Martin R. Paulsen.*

For the respondent there was a brief by *B. L. Berkwich* and *Gold & McCann,* all of Milwaukee, and oral argument by *Mr. Berkwich* and *Mr. Ray T. McCann.*

The following opinion was filed December 3, 1935:

PER CURIAM.    This case was tried with and is ruled by the decision in *Hanley (Ella) v. Milwaukee E. R. & L. Co., ante,* p. 281, 263 N. W. 638.    The judgment of the circuit court is reversed, and the record remanded with instructions to enter an order for a new trial.

A motion for a rehearing was denied, without costs, on February 4, 1936.